# United States District Court
## Violation Notice

| CVB Location Code | |
|---|---|
| CS-81 | |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7820184 | Garciadealb. | 1453 |

7820184

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 06/22/2021 0751 | CFR 102-74.450(b) |

**Place of Offense**
720 San Ysidro BND. San Ysidro CA 92173

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Failure to comply with Signals and Directions

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Woo | Gabriela | J |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 7UPT171 | CA | 2019 | Honda CRV | | White |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 150  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT →** $ 180  Total Collateral Due

### YOUR COURT DATE

**Court Address:** 221 W. Broadway, San Diego CA 92101

X Defendant Signature: Gabriela Woo

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 22**, 20**21** while exercising my duties as a law enforcement officer in the **Southern** District of **California**

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/22/2021**  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/05/2021 16:13